UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| GRAPHIC ARTS INDUSTRY JOINT | ) | |
| PENSION TRUST, et al | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 03-CV-1248 (RBW) |
| | ) | |
| UNIONS AMERICA. COM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DISMISSAL

In accordance with Rule 41(a) (1)  of the Federal Rules of Civil Procedure, defendant

having served neither an answer nor a motion for summary judgment, the plaintiff, Graphic Arts

Industry Joint Pension Trust, by and through its undersigned counsel, dismisses its Complaint

filed with the Court on June 11,  2003.  The defendant has entered into satisfactory payment

arrangements with plaintiff regarding defendant's outstanding obligations.  In light of such

satisfactory payment arrangements, plaintiff has agreed to dismiss this action.


Dated: November 3, 2003          Respectfully submitted,


By: _____

Martin R. Ganzglass (D.C. Bar No. 024174**)**

O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 898-1707
(202) 682-9276 FAX

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Dismissal was filed electronically with the

Court and sent by First Class Mail, postage prepaid, to:

> Timothy Johnson, President
> Unions America.com
> 3411 NE 134th Avenue
> Vancouver, WA 98682

Dated: _____                    _____

                                                  Martin R. Ganzglass

G:\LAWCLERK\Chris\FYIUnionsAmericadraftdismissal.03Nov3.wpd